*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| **Case No.:** 5:18-MJ-00133 | **Date and time warrant executed:** 4-16-18 | **Copy of warrant and inventory left with:** |
| *Inventory made in the presence of:* | | |

*Inventory of the property taken and name of any person(s) seized:*
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

<u>Item No. 1-6276865 500GB Seagate Laptop Thin HDD model ST500LT012 serial-number S3PY061F:</u>
The analysis conducted on the forensic evidence copy of the drive contained two operating systems (OS), namely Microsoft Windows 10 and Ubuntu Studio operating systems. Each operating system had one user created account. The user data area for both operating systems contained pictures and documents with the PII of several different individuals, including names, addresses, driver license numbers, social security numbers, date of birth and bank account numbers. A program named "VersaCheck DNA Secure X1 Presto" was installed on the Windows operating system. The program contained check numbers issued in the name of different business entities and payments in the names of unknown persons. In addition, graphic editors such as GIMP and Photoshop were installed and used on both operating systems. These programs were used to edit a one-hundred-dollar bill and templates for U.S. social security card and state driver license for California.

<u>Item No. 2-6276865 1TB Seagate Barracuda 7200.12 model ST31000528AS serial-number 9VP2HCDF:</u>
Not examined

<u>Item No. 3-6276865 1TB Seagate Barracuda 7200.12 model ST31000528AS serial-number 9VP2H4Q9:</u>
Not examined

*Certification* (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: 06/28/2018

*Executing officer's signature*

Albert Rabadi, Special Agent
*Printed name and title*

ORIGINAL

AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Digital devices seized on February 15, 2018 by the San Bernardino Sheriff's Department and currently maintained in the custody of Homeland Security Investigations in San Bernardino, California | ) ) ) ) ) ) ) Case No. 5:18-MJ-00133 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/13/18 3:05 pm    _____
                                          Judge's signature

City and state: Riverside, California    Honorable Kenly Kiya Kato, U.S. Magistrate Judge
                                          *Printed name and title*

AUSA: Benjamin Weir